UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>   Plaintiff,<br><br>v.<br><br>VOLTERO ALEXANDER dba VOLTERO DELI; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.06cv2789 JM(NLS)<br><br>ORDER RE: DISMISSAL |

**IT IS HEREBY ORDERED,** pursuant to the Motion For Dismissal on file herein, that all Defendants are dismissed with prejudice and Plaintiffs' Complaint is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: September 28, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge